AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern     DISTRICT OF     New York

## APPEARANCE

Case Number: 08-MJ-00680

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

USA v. Daniel Gomez

I certify that I am admitted to practice in this court.

4/23/2008
Date

Signature

Michael Handwerker     MH3791
Print Name     Bar Number

7 Penn Plaza Suite 904
Address

New York     New York     10001
City     State     Zip Code

(212) 349-1668     (212) 227-7317
Phone Number     Fax Number